# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TONY M. JAVAN, | No. SA CV 13-1929-JLS (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF HUNTINGTON BEACH, et al., | |
| Defendants. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: April 3, 2014

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE